UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 21CR0321-CAB |
|---|---|
| Plaintiff, | |
| v. | ORDER AND JUDGMENT TO DISMISS THE INDICTMENT WITHOUT PREJUDICE |
| JUANA AGUILA SANTOS, | |
| Defendant. | |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the INDICTMENT in the above-entitled case be dismissed without prejudice as to Defendant JUANA AGUILA SANTOS.

IT IS FURTHER ORDERED the bond as to the defendant is exonerated.

IT IS SO ORDERED.

DATED: May 10, 2021.

Honorable Cathy Ann Bencivengo
United States District Judge